| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on February 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Jahaira J. Concepcion<br>                              Debtor. | Chapter: 13<br><br>Case No.: 19-25433-VFP<br><br>Hearing Date: February 4, 2021<br><br>Judge Vincent F. Papalia |

**CONSENT ORDER GRANTING RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Jahaira J. Concepcion
Case No.: 19-25433-VFP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay and Co-Debtor Stay ("Motion") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), whereas the post-petition arrearage amount was $769.01, as of February 1, 2021, whereas the underlying lease matured on February 5, 2021 with all payments due, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) and co-debtor stay under 11 U.S.C. 1301 are vacated to allow Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Creditor's rights in the following vehicle: **2018 Toyota Corolla; VIN: 2T1BURHE2JC042677** ("Vehicle").

2. The Debtor shall promptly return the Vehicle to Creditor on or before February 5, 2021 and pay all amounts due under the terms of the underlying lease.

3. Creditor may join the Debtor and Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code, as needed.

**STIPULATED AND AGREED**:

*David Witherspoon*
_____
David Jerome Witherspoon, Esq.
10 Hill Street
Suite 20Y
Newark, NJ 07102
*Counsel to Debtor*

*/s/Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*